# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERICA SULLIVAN

VERSUS

SHERIFF DANIEL EDWARDS,
ATLANTIC SPECIALTY INSURANCE
COMPANY, CORRECTHEALTH
TANGIPAHOA, LLC

NO.   2025 CW 0606

**JULY 03, 2025**

---

In Re:    Erica Sullivan, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No. 2021-
          2697.

---

**BEFORE:   PENZATO, HESTER, GREENE, STROMBERG, AND BALFOUR, JJ.**

    **STAY DENIED; WRIT GRANTED WITH ORDER.** The trial court's March 27, 2025 order, which denied the Motion to Proceed in Forma Pauperis filed by plaintiff, Erica Sullivan, is vacated. It appears the trial court previously signed an order that same day, on March 27, 2025, which granted the Motion to Proceed in Forma Pauperis. While such status can be reconsidered or revoked by the trial court, it must be done in a contradictory hearing. See La. Code Civ. P. art. 5183(B)(3). This matter is remanded to the trial court for consideration of Erica Sullivan's Motion to Proceed in Forma Pauperis in a contradictory hearing.

**AHP**
**CHH**
**TPS**

    **Greene and Balfour, JJ.,** concur in part and dissent in part. We concur in the denial of the stay. However, we dissent and would deny the writ on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT